**UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff/Garnishor,** ) | |
| ) | |
| vs. ) | **Case No. M-02-182-AR** |
| ) | |
| **JONATHAN RAY KEMBLE,** ) | |
| ) | |
| **Defendant,** ) | |
| ) | |
| and ) | |
| ) | |
| **TONKAWA INDIAN CASINO, and its** ) | |
| **successors or assigns,** | |
| | |
| **Garnishee.** | |

## ORDER FOR DISPOSITION OF GARNISHED FUNDS

The United States of America caused a post-judgment continuing writ of garnishment to be issued to Garnishee, Tonkawa Indian Casino, on August 12, 2008 (doc. no. 17).  On September 8, 2008, Garnishee filed an answer (doc. no. 20). Garnishee certified in the answer that the same was served upon defendant on September 5, 2008.  Defendant has not objected to the Garnishee's answer or filed a request for a hearing within the time specified in the Clerk's Notice to Defendant of Post-Judgment Garnishment on a Criminal Judgment (doc. no. 18).

In response to the writ, Garnishee has submitted payments to the court's registry in the amounts of $146.22, $131.81, $171.79, and $124.75.

On October 2, 2008, United States Magistrate Judge Doyle W. Argo issued a Report and Recommendation (doc. no. 21), wherein he recommended that an order be

entered directing Garnishee as to the disposition of all non-exempt monies and property of defendant withheld or obtained in the future under the writ. Magistrate Judge Argo specifically advised the parties of their right to file an objection to the Report and Recommendation by October 22, 2008 and further advised that failure to make timely objection waives the right to appellate review of both the factual and legal issues therein contained.

To date, no party has objected to the Report and Recommendation. With no objection to the Report and Recommendation, the court **ACCEPTS**, **ADOPTS**, and **AFFIRMS** the Report and Recommendation.

The court directs the court clerk to disburse any funds paid into the court's registry by Garnishee as directed in the Judgment in a Criminal Case filed March 27, 2003 (doc. no. 14).

Garnishee is ordered to disburse all non-exempt monies and property of defendant withheld since the date of service of the writ and make all future payments and monies withheld under the writ payable to the U.S. District Court Clerk, U.S. Courthouse, 200 N.W. 4th, Suite 1210, Oklahoma City, OK 73102.

IT IS SO ORDERED this 29th day of October, 2008.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

02-0182p002.PO.wpd